NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-7066

PABLO C. YRACHETA,

Claimant-Appellant,

v.

GORDON H. MANSFIELD, Acting Secretary of Veterans Affairs,

Respondent-Appellee.

Victor M. Valdes, Law Offices of Victor M. Valdes, of San Antonio, Texas, argued for claimant-appellant.

Martin F. Hockey, Jr., Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee.  On the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, Kathryn A. Bleecker, Assistant Director, and Robert C. Bigler, Trial Attorney.  Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, and Y. Ken Lee, Attorney, United States Department of Veterans Affairs, of Washington, DC.  Of counsel were Gregory T. Jaeger, United States Department of Justice, of Washington, DC, and Michelle D. Bernstein, United States Department of Veterans Affairs, of Washington, DC.

Appealed from: United States Court of Appeals for Veterans Claims

Judge Mary J. Schoelen

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-7066

PABLO C. YRACHETA,

Claimant-Appellant,

v.

GORDON H. MANSFIELD, Acting Secretary of Veterans Affairs,

Respondent-Appellee.

# JUDGMENT

ON APPEAL from the United States Court of Appeals for Veterans Claims

In CASE NO(S).        04-0515

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:      AFFIRMED.  See Fed. Cir. R. 36

Per Curiam (NEWMAN, RADER, and DYK, Circuit Judges).

ENTERED BY ORDER OF THE COURT

DATED:  October  18, 2007          /s/  Jan Horbaly
                                   Jan Horbaly, Clerk